UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASIMIRO JOSE CANHA CAVACO DIAS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RULA NABIL KHOURY CAVACO DIAS,<br><br>　　　　　Defendants. | Case No. 24-cv-04471-EMC<br><br>**ORDER DIRECTING CLERK'S OFFICE TO TAKE POSSESSION OF PASSPORTS**<br><br>Docket No. 87 |

On July 24, 2024, the U.S. District Court for the Northern District of Georgia transferred this case to the Northern District of California. The Transfer Order instructed that:

> Respondents shall surrender all passports and other travel documents for the Children that are in their possession, custody, or control to the appropriate Judge's Chambers in the United States District Court, Northern District of California (once the case is transferred and Judge is assigned and identified).

*See* Docket No. 31. The case was assigned to this Court on July 26, 2024 and this Court's chambers received the physical passports on September 11, 2024.

It is further ordered that the Clerk's Office is instructed to take possession, custody, and control of the passports until further order of the Court to release the passports.

**IT IS SO ORDERED**.

Dated: September 12, 2024

_____
EDWARD M. CHEN
United States District Judge