# EXHIBIT A

# Laura Petracek Ph.D.

Clinical Psychologist

**Laura Petracek Ph.D.**
1208 Bancroft Way
Berkeley, CA 94702

415.771.7150
laurapetracek@att.net

**Professional Licenses**

Ph.D., Licensed Psychologist, PSY 20033

LCSW, Licensed Clinical Social Worker, LCS 16971

**Education**

**California Institute of Integral Studies /** Ph.D., Clinical Psychology
San Francisco, CA

**Gestalt Associates for Psychotherapy /** Gestalt Therapy
New York, NY

**Yeshiva University, Wurzweiler School of Social Work /** M.S.W., *Honors*, Social Group Work
New York, NY

**Hamline University /** B.A., *cum laude*, Sociology
St. Paul, MN

**Minneapolis Community College /** A.A., Chemical Dependency Counseling
Minneapolis, MN

**Experience**

**Clinical**

- Expertise in outpatient services, which included assessment of patients, individual and group treatment, family treatment, and aftercare planning

- Strong clinical skills in psychosocial assessment, crisis intervention, counseling, interdisciplinary collaboration, and linkage with resources

- Knowledgeable in child, adolescent, adult, and elder psychopathology

- Expertise in psychiatric, psychosocial, substance misuse/abuse, and chemical dependency treatment.

- Knowledgeable in DSM-IV-TR, family systems therapy, and crisis intervention models

- Well versed in CBT / DBT skills and application in group

|  |  |
|---|---|
|  | settings |
|  | - Expert in child, elder, and dependent adult abuse reporting requirements |
|  | - Knowledgeable of suicidal and homicidal behavior, and the skills necessary to assess lethality |
|  | - Expert in human behavior, communication, psychotherapy, case management, and the influence of cultural and spiritual values in psychotherapy |
|  | - Expert in providing psychosocial care appropriate to the age-specific needs of children, adolescents, and adults. |
|  | - Savvy in recovery-oriented services, family systems, and evidence-based treatments (e.g., Cognitive and Dialectical Behavioral Therapy, Motivational Interviewing, and Acceptance and Commitment Therapy) |
|  | - Demonstrates ability to communicate effectively, both verbally and in writing |
|  | - Experienced in interpersonal and organizational skills, to work effectively in a fast-paced environment with rapidly changing priorities and competing demands |
| **Teaching** | - Clear communicator and confident presenter to effectively instruct students in a way that is concise and understandable. |
|  | - Strong organizational skills to ensure class information including syllabi, assignments, and other documentation is accessible and easy to understand. |
|  | - Committed team player to work successfully with other faculty to establish course guidelines, modify curriculum, and set departmental goals. |
|  | - Skilled understanding of technology and willing to learn about new software interfaces to enhance the learning experience of students |
|  | - Maintain a class syllabus, assignment log, and additional material help for the students |
|  | - Participate in weekly meetings with faculty to discuss departmental goals and upcoming events |
|  | - Plan lectures, assignments, and in-field experiences to collaborate with necessary course curriculum |
|  | - Collaborated with faculty staff to establish viable course curriculum and to make needed adjustments |

**Forensic Treatment /Psychological Testing**

- Expertise in violence/aggression reduction, domestic violence, and substance abuse treatment.
- Well versed in psychological assessments of sex offenders, domestic violence offenders, mentally disordered offenders (MDO), and Sexually Violent Predators (SVP); write up reports for court and appeared as an expert witness.
- Provide assessments of psychological disorders, level of dangerousness, and threat assessment.
- Skilled in Educational and Psychological testing of children/adolescents/adults.

**Work History**

**Psychologist /** *Institute for the Advancement of Psychotherapy*
NOVEMBER 2020 - PRESENT,  San Francisco, CA
Counseling Adults, adolescents and children using DBT, CBT for behavioral and emotional dysregulation.

**School Psychologist /** Oakland Unified School District
AUGUST 2015 - SEPTEMBER 2020,  Oakland, CA
Conducted psychological assessments and interpreted results for students. Participated in IEP conferences, team meetings, and problem-solving meetings. Provided individual, group, and family therapy per IEP requirements.

**Supervisor/ Psychologist /** Center Point
JANUARY 2014 - AUGUST 2015,  San Rafael, CA
Supervised line staff and Interns. Facilitated both Individual and Group therapy. Led seminars on 12 Step concepts.

**Clinical Psychologist /** San Quentin State Prison
APRIL 2007 - DECEMBER 2013,  San Quentin, CA
Counseled inmates toward their goals in rehabilitation. Helped offenders develop relapse-prevention plans, offer educational programs, provide counseling and job skills

**Contract Psychologist /** California State Prisons
JULY 2005 - MARCH 2007,  California
Provide rehabilitation to inmates, help them transition back into society.

**Associate Professor, Psychology/**  National University
APRIL 2003 - JUNE 2005,   Sacramento, CA
Plan lectures, assignments, and in-field experiences to collaborate with the necessary course curriculum. Taught Graduate level courses in Marriage and Family track.

**Clinical Director /** Women's Substance Abuse Services/New Leaf: Services for Our Community
JANUARY 1998 - SEPTEMBER 2003, Oakland, CA
Developed Internship training programs for LBGBT Community, LMFT and ASW interns.  Conducted performance reviews for line staff Assisted practitioners by  supervising complex cases.

**Post-Doctoral Internship /** Golden Gate Medical Examiners

SEPTEMBER 1996 - DECEMBER 1997,   San Francisco, CA

Administered, scored, and documents results of psychological tests for SSI evaluations to highlight disability issues affecting employment.

**Professor/Director /** Addiction Training Center, Community College Of Southern Nevada

SEPTEMBER 1995 - AUGUST 1996,   Las Vegas, NV

Developed Internship training programs for Addiction and Substance Use counselors. Taught classes on addiction, substance use, family systems, and harm reduction.

**Pre-Doctoral Internship /** Domestic Violence Treatment Program, Harborview Hospital

SEPTEMBER 1993 - AUGUST 1995,   Seattle, WA

Interviewed and assessed potential clients for the Domestic Violence Treatment program. Expertise in providing Individual and Group therapy.

**Clinical Supervisor /** Personal Growth Center Northwest

SEPTEMBER 1989 - AUGUST 1993,   Seattle, WA

Designed and implemented a Women's Substance Abuse program. Supervised both interns and clinical staff. Oversaw Internship training program.

**Private Practice / Psychologist and LCSW**

1987 - PRESENT,   San Francisco, CA

Counseling adults, adolescents and children using evidence-based treatments and Gestalt Therapy

**Clinical Social Worker/** Sheepshead Bay High School

AUGUST 1984 - AUGUST 1989,   Brooklyn, NY

Designed counseling program for students with mental health and behavioral issues. Expert in-classroom support, consultation with teachers, parents, and administrators as well as providing individual and group counseling/therapy.

## Workshops Presented

- Dialectical Behavioral Therapy for Alcohol and Drug Addiction: Cape Cod Symposium for Addiction Disorders: Hyannis, MA, September 7th, 2024
- Dialectical Behavioral Therapy for Alcohol and Drug Addiction: Alameda County Psychological Association: UC Berkeley, March 16, 2024
- Dialectical Behavioral Therapy for Alcohol and Drug Addiction: Pendle Hill, PA, April 23, 2023
- Using Rap Music as a therapeutic connection: Creativity and Madness conference: Maui, HI 08/11
- Beyond Patriarchy: New Approaches to Domestic Violence Treatment: Hilton Hotel, San Jose, CA 7/05
- Anger and Women:  Annual American Psychological

- Association Conference, Honolulu, HI, 8/04
- Women Who Batter: Implications for Theory and Practice, presented at FAVTEA, Family Association
- FAVTEA Training and Education Conference, Oakland, CA, 4/03
- Effectively Addressing Anger in the Chemically Affected Client, Safeco
- Corporation/Employee Assistants of Greater Seattle, Seattle, WA, 10/95 and 5/95
- The Link Between Chemical Dependency and Domestic Violence, Group Health Cooperative, Seattle, WA, 10/93
- Boundaries: Experiencing Your Power, Knowing Your Limits, Personal Growth Center Northwest, Seattle, WA, 3/95, 11/94

**Publications**

- Petracek, L., DBT for Alcoholics and Addicts, JKP Publishers, 07/2022.
- Petracek, L., An Anger Workbook for Women, New Harbinger Publications, 9/04.
- Petracek, L. "Intervention in the Workplace," Counselor Magazine, July 1992
- Petracek, L., "Intervention with Family Members," Recovery Newspaper, February 1992.
- Petracek, L., "Boundaries: Experiencing Your Power, Knowing Your Limits," Journey Press, Vol II, No. 11, April 1991.
- Petracek, L., "Healing Strategies for Couples and Families in Recovery," Journey Press, Vol II, No. 9, November 1990.
- Petracek, L., "Women's Early Recovery Groups," Journey Press, Vol II, No. 4, April 1990.

**Professional Memberships**

American Psychological Association, 1991-Present