ԳԼՈՒԽ 4

## ԸՆՏԱՆԵԿԱՆ ԵՎ ԿԵՆՑԱՂԱՅԻՆ ԲՌՆՈՒԹՅԱՆ ԵՆԹԱՐԿՎԱԾՆԵՐԻ ՎԵՐԱԲԵՐՅԱԼ ՏԵՂԵԿԱՏՎՈՒԹՅԱՆ ՊԱՀՊԱՆՄԱՆ ԻՐԱՎԱԿԱՆ ՌԵԺԻՄԸ ԵՎ ԴՐԱ ՏՐԱՄԱԴՐՄԱՆ ԿԱՐԳԸ

**Հոդված 22.** Մասնավոր և ընտանեկան կյանքի անձեռնմխելիությունը

1. Իրավասու մարմինների կողմից ընտանեկան և կենցաղային բռնության դեպքերի և(կամ) ընտանեկան և կենցաղային բռնության ենթարկվածներին կամ ենթադրաբար ընտանեկան և կենցաղային բռնության ենթարկվածներին առնչվող հանցագործության դեպքերի վերաբերյալ ստացված մասնավոր կյանքի տվյալները գաղտնի են։ Արգելվում է առանց ընտանեկան և կենցաղային բռնության ենթարկվածի կամ ենթադրաբար ընտանեկան և կենցաղային բռնության ենթարկվածի համաձայնության զանգվածային լրատվության միջոցներով կամ այլ եղանակով նրանց վերաբերյալ այնպիսի տեղեկության հրապարակումը, որը թույլ կտա բացահայտել նրանց ինքնությունը, եթե այլ բան նախատեսված չէ Հայաստանի Հանրապետության օրենսդրությամբ։

2. Ոստիկանության իրավասու ծառայողներին, աջակցության կենտրոնի և ապաստարանի աշխատակիցներին արգելվում է հրապարակել ապաստարանում տեղավորված՝ ընտանեկան և կենցաղային բռնության ենթարկվածների և նրանց խնամքի տակ գտնվող անձանց գտնվելու վայրը կամ այլ տեղեկություն, որի միջոցով հնարավոր է հայտնաբերել նրանց գտնվելու վայրը։

3. Մասնավոր կամ ընտանեկան կյանքի անձեռնմխելիության իրավունքի խախտումն առաջացնում է օրենքով նախատեսված պատասխանատվություն, իսկ դրա հետևանքով անձին պատճառված վնասը ենթակա է հատուցման՝ օրենքով սահմանված կարգով։

CHAPTER 4

## LEGAL REGIME FOR STORING INFORMATION ON VICTIMS OF DOMESTIC AND HOUSEHOLD VIOLENCE AND THE PROCEDURE FOR ITS PROVISION

### Article 22. Inviolability of Private and Family Life

1. Personal data received by competent authorities regarding cases of domestic and household violence and/or criminal cases related to victims or alleged victims of domestic and household violence are confidential. It is prohibited to publish information through mass media or other means that would allow revealing the identity of victims or alleged victims of domestic and household violence without their consent, unless otherwise provided by the legislation of the Republic of Armenia.

2. Competent police officers, support center and shelter staff are prohibited from disclosing the location of victims of domestic and household violence placed in shelters and persons under their care, or any other information that could reveal their location.

3. Violation of the right to privacy of private or family life entails liability prescribed by law, and damage caused to a person as a result thereof is subject to compensation in the manner prescribed by law.

*I, Varduhi Lavchyan, a professional translator having the knowledge of both Armenian and English languages declare that I am licensed by the Ministry of Justice of the Republic of Armenia (date: June 10, 2013) to perform translations from English into Armenian and vice versa.*
*I have personally translated this document into English and it is a complete, accurate and true translation of the attached document in Armenian.*

October 3, 2024

**Varduhi Lavchyan**