UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of I.D., N.D., and C.D.: <br><br> CASIMIRO JOSE CANHA CAVACO DIAS <br><br> Petitioner, <br><br> v. <br><br> RULA NABIL KHOURY CAVACO DIAS <br> Respondent. | Case No. 3:24-cv-04471-EMC <br><br> **[PROPOSED] ORDER RE MOTION TO REPLACE ECF. 121 – 4 WITH A REDACTED VERSION** |

On October 9, 2024, Petitioner and Respondent finalized and submitted a pre-trial joint conference statement to the Court with corresponding exhibits, in accordance with the Court's amended case management order [ECF No. 90]. On October 10, 2024, Petitioner contacted the ECF Help Desk of the United States District Court of the Northern District of California to seek assistance on how to replace an unredacted version of an exhibit with a redacted version. With the approval and consent of Respondent, the ECF Help Desk temporarily locked ECF No. 121-4. Shortly thereafter, Petitioner filed a Motion to Replace ECF No. 121 – 4 with a redacted version.

The Court, having considered Petitioner's Motion to Replace ECF No. 121-4 with a redacted version, and finding good cause appearing therein, the Court hereby **ORDERS**:

1) Petitioner's request to replace ECF No. 121-4 with a redacted version is hereby **GRANTED.**

2) The Clerk of the Court is directed to permanently remove the unredacted version of ECF No. 121-4 from the Court's electronic filing system.

3) Petitioner is granted leave to file the redacted version of ECF No. 121-4 as a

replacement to the previously filed unredacted document.

**IT IS SO ORDERED**

Dated:

                                                    Edward M. Chen
United States District Judge