9:59

< Chat backup

Last backup: Never
Total size: -

Back up your chat history and media to iCloud so if you lose your iPhone or switch to a new one, your chat history is safe. You can restore your chat history and media when you reinstall WhatsApp.

**Couldn't complete backup. Tap "Back Up Now" to try again. Keep WhatsApp open until it starts uploading.**

OK

Include videos

To avoid excessive data charges, connect your phone to Wi-Fi or disable cellular data for iCloud: iPhone Settings > Cellular > iCloud Drive > OFF.

End-to-end encrypted backup    Off >

For another layer of security, protect your backup with end-to-end encryption.

# Chat backup



**Couldn't complete backup. Tap "Back Up Now" to back up your history. Learn more**



Last backup: Never
Total size: -

Back up your chat history and media to iCloud so if you lose your iPhone or switch to a new one, your chat history is safe. You can restore your chat history and media when you reinstall WhatsApp.

**Back up now**

| Auto backup | Weekly > |
| --- | --- |
| Include videos |  |

To avoid excessive data charges, connect your phone to Wi-Fi or disable cellular data for iCloud: iPhone Settings > Cellular > iCloud Drive > OFF.

| End-to-end encrypted backup | Off > |
| --- | --- |

For another layer of security, protect your backup with end-to-end encryption.





# Invoice

RM B3,19/F TUNG LEE COMM BLDG 91-97
JERVOIS ST SHEUNG WAN HONG KONG 999077

**Invoice No.:** 202410081843666557024690176
**Invoice Date:** 2024/10/08

**Bill to:** C Canha Cavaco Dias

**Order No.:** T1843666557024690176
**Order Date:** 2024/10/08

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Tenorshare UltData for iOS (Mac Version) - Lifetime/1-5 Devices Free Upgrade, Lifetime Use | 1 | USD79.95 | USD79.95 |

| | |
|---|---|
| Subtotal | USD79.95 |
| Discount: | USD15.99 |
| Sales Tax: | USD5.12 |
| Total Amount: | USD69.08 |









Casimiro Dias <casimirojosedias@gmail.com>

# Recover deleted WhatsApp messages without backup
1 mensagem

**Casimiro Dias** <casimirojosedias@gmail.com>  11 de outubro de 2024 às 14:28
Para: info@codialog.org

Dear Madam/Sir,
I would like to recover deleted WhatsApp messages from iPhone, which I don't have a backup.
It is an IPhone 10 (XS) with 243 GB used from 256 GB
Could you please let me know if you could help?
Thank you very much

Casimiro



Casimiro Dias <casimirojosedias@gmail.com>

# Recover deleted WhatsApp messages without backup
1 mensagem

**Casimiro Dias** <casimirojosedias@gmail.com>  11 de outubro de 2024 às 14:19
Para: info@direlli.com

Dear Madam/Sir,
I would like to recover deleted WhatsApp messages from iPhone, which I don't have a backup.
It is an IPhone 10 (XS) with 243 GB used from 256 GB
Could you please let me know if you could help?
Thank you very much

Casimiro

 Gmail

Casimiro Dias <casimirojosedias@gmail.com>

**Recover deleted WhatsApp messages without backup**
1 mensagem

**Casimiro Dias** <casimirojosedias@gmail.com>  11 de outubro de 2024 às 14:22
Para: mariam.ayvazyan@easydev.tech

Dear Madam/Sir,

I would like to recover deleted WhatsApp messages from iPhone, which I don't have a backup.

It is an IPhone 10 (XS) with 243 GB used from 256 GB

Could you please let me know if you could help?

Thank you very much

Casimiro