**Outlook**

---

**Dias v. Dias - Petitioner's Job Applications**

---

**From** Camilla Redmond <credmond@gkmrlaw.com>
**Date** Wed 10/9/2024 3:59 PM
**To**   Flores Conklin, Rommy <RFloresConklin@gibsondunn.com>; Feldman, Will <WFeldman@gibsondunn.com>; Hesse, Danielle <DHesse@gibsondunn.com>; Waddick, Nicole <NWaddick@gibsondunn.com>; Davis, Thad A. <TDavis@gibsondunn.com>; Cheung, Aaron J. <ACheung@gibsondunn.com>
**Cc**   Richard Min <rmin@gkmrlaw.com>; Michael Banuchis <MBanuchis@gkmrlaw.com>; Kelly Shindell DeLacey <kelly@drsfamilylaw.com>; Maria Garrett de Liévano <maria@drsfamilylaw.com>

Dear Counsel,

I confirm the prior email chain has been deleted.

Please see link below for job applications provided by Mr. Dias and a summary of his job applications within WHO in the last couple of years. We have no objection to you adding these to your exhibit list.

📁Job Applications

This subfolder is in the same folder that I believe you all have access to: 📁Response 1

Best,
Camilla


**Camilla Redmond Costa| Green Kaminer Min & Rockmore LLP**
420 Lexington Ave. Ste. 2821|New York, NY 10170
O: 212.681.6400|F: 212.681.6999
credmond@gkmrlaw.com|www.gkmrlaw.com
_____

**ATTENTION:**
This electronic message transmission contains information from a law firm which may be confidential or privileged.  This information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  You should delete the message and attachments without printing, copying, forwarding or saving them.  If you have received this electronic transmission in error, please notify the sender immediately. Disclosure under IRS Circular 230: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and may not be used, for the purpose of avoiding tax-related penalties under federal, state or local tax law or promoting, marketing or recommending to another party any transaction or matter addressed therein.