**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of I.D., N.D., and C.D.:<br><br>CASIMIRO JOSE CANHA CAVACO DIAS<br><br>Petitioner,<br><br>v.<br><br>RULA NABIL KHOURY CAVACO DIAS<br>Respondent. | Case No. 3:24-cv-04471-EMC<br><br>**[PROPOSED] ORDER RE MOTION FOR EVIDENTIARY PRESUMPTIONS AND PRODUCTION OF ARMENIAN COUNSEL/EXPERT MATERIALS** |

On October 11, 2024, Respondent filed a Motion for Evidentiary Presumptions and Production of Armenian Counsel/Expert Materials. On October 15, 2024, Petitioner filed a response in opposition to Respondent's motion.

The Court, having considered Respondent's Motion for Evidentiary Presumptions and Production of Armenian Counsel/Expert Materials, and Petitioner's Response, hereby orders:

1) Respondent's Motion is **DENIED.**

**IT IS SO ORDERED.**

Dated:

> _____
> EDWARD M. CHEN
> United States District Judge