UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASIMIRO JOSE CANHA CAVACO DIAS,<br><br>            Plaintiff,<br><br>       v.<br><br>RULA NABIL KHOURY CAVACO DIAS,<br><br>            Defendant. | Case No.  24-cv-04471-EMC<br><br>**ORDER RE VISITATIONS – PHASE 1** |

The Court has reviewed the summaries of the Phase 1 visitations (October 5, 6, 8, 10, 12, and 13).  The Court permits transition to Phase 2 (*i.e.*, video visits during the week and in-person visits on the weekend).  *See* Docket No. 98 (Order at 2).

**IT IS SO ORDERED**.

Dated: October 16, 2024

_____
EDWARD M. CHEN
United States District Judge