UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASIMIRO JOSE CANHA CAVACO DIAS,<br><br>        Plaintiff,<br><br>    v.<br><br>RULA NABIL KHOURY CAVACO DIAS,<br><br>        Defendant. | Case No. 24-cv-04471-EMC<br><br>**ORDER RE VISITATIONS – PHASE 2** |

The Court has reviewed the summaries of the Phase 2 visitations (October 16, 17, and 20). It appears that not all permitted visits took place, likely due in part to Petitioner's travel to the United States. The Court permits transition to Phase 3 (*i.e.*, video visits and one in-person visit during the week and in-person visits on the weekend). *See* Docket No. 98 (Order at 2).

**IT IS SO ORDERED**.

Dated: October 22, 2024

_____
EDWARD M. CHEN
United States District Judge