# EXHIBIT D

```
           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
                  IN AND FOR THE COUNTY OF ALAMEDA
            BEFORE THE HONORABLE THOMAS EAGLE WEATHERS, JUDGE
                              DEPARTMENT 510


RULA NABIL CAVACO DIAS,
                   Petitioner,        No. 24FL092755
VS.
CASIMIRO JOSE CAVACO DIAS,
                   Respondent.
_____/


                              FAMILY LAW
                         HAYWARD HALL OF JUSTICE
                            FEBRUARY 5, 2025


A P P E A R A N C E S:

FOR THE PETITIONER:
                                   MICHELLE JACOBSON-KWOK,
                                   ATTORNEY AT LAW



FOR THE RESPONDENT:        LESLIE AZCONA,
                           ATTORNEY AT LAW
```

```
 1  FEBRUARY 5, 2025
 2                      P R O C E E D I N G S
 3                           ---oOo---
 4           THE COURT:  Line number one and two, Cavaco Dias
 5  versus Cavaco Dias.
 6           THE CLERK:  Do you solemnly swear the testimony you
 7  are about to give in the matter now pending will be the truth,
 8  the whole truth and nothing but the truth?
 9           MS. AZCONA:  Leslie Azcona.  I'm specially appearing
10  on behalf of Respondent.
11           THE COURT:  We'll swear in the one person.
12           THE CLERK:  Do you solemnly swear the testimony you
13  are about to give in the matter now pending will be the truth,
14  the whole truth and nothing but the truth?
15           MS. DIAS:  I do.  Rula Nabil Cavaco Dias.
16           MS. JACOBSON-KWOK:  Michelle Jacobson-Kwok appearing
17  for and with Rula Cavaco Dias.
18           MS. FLORES:  Ruby Flores, F-l-o-r-e-s of Gibson
19  Dunn.
20           THE COURT:  Law firm and for --
21           MS. AZCONA:  I am specially appearing, Leslie
22  Azcona.  I'm an attorney.  Your Honor, are you going to be
23  taking argument from both counsel or just --
24           THE COURT:  Generally I hear from one counsel.
25           MS. JACOBSON-KWOK:  As a preliminary matter, Your
26  Honor, I also do -- before I answer that.  I also want to flag
27  for you we do have a witness here in the courtroom.
28  Mr. Damon Pulido who is our process server for the dissolution
```

```
 1   herself, right.
 2           Mr. Dias eight days before trial moved to dismiss
 3   his case with prejudice which is basically unheard of.  We
 4   have very strong evidence that he could not prove that Armenia
 5   was the habitual residence.  We had strong evidence of
 6   spoilation of abuse of text messages and abusive calls.  Many
 7   of which were made to her while she was in California.  She
 8   was receiving abusive text messages.  She was receiving from
 9   Mr. Dias these text messages, calls just relentlessly while
10   she was in California with the children.
11           THE COURT:  Let me stop you so I'm clear.  Did an
12   Armenian court take jurisdiction over the kids?
13           MS. FLORES:  No.
14           THE COURT:  Let me go to Ms. Azcona before we run
15   out of time.  Have you heard all of that?  Let me ask you --
16   hold on.  Stop.  Let me ask you does this court have
17   jurisdiction over this matter?
18           MS. AZCONA:  No.
19           THE COURT:  Why?
20           MS. AZCONA:  The reason it doesn't is that at the
21   time that she filed this, okay, there was an active Armenian
22   case.  In fact, she filed this and then she appealed the
23   Armenian case.  There was an Armenian case.  They granted an
24   emergency DVRO of her and the kids so she could get emergency
25   passports.  Okay.  They examined evidence.  They looked at the
26   merits of the case.  They granted her the DVRO and my client
27   appealed and overturned it.  They looked at the merits.  They
28   judged it on this.  They did those things.
```

1    THE COURT: You're telling me that the Armenian
2    court granted a domestic violence restraining order against
3    your client that was later overturned?
4    MS. AZCONA: It was later overturned and that on
5    October 3rd which was after this was filed -- remember, we're
6    looking at when this was filed because you don't need to go
7    back in time and fix things. At this time it was filed. This
8    court, California, did not have jurisdiction over her or the
9    children. They hadn't been here for six months. There was a
10   Hague matter in federal court. Additionally, Mr. Dias filed
11   that in Georgia. He thought she was in Georgia. That's where
12   her family is from.
13   THE COURT: Country or state?
14   MS. AZCONA: That court I don't have it written down
15   so --
16   MS. FLORES: The state. Her family --
17   MS. AZCONA: It was my understanding it was
18   transferred to California but that it was going on. But more
19   importantly there was an Armenian action with witnesses, with
20   evidence, with previous orders that was still in play. She in
21   fact appealed it and so for all those reasons I do not believe
22   that this has -- California has jurisdiction.
23   Additionally, if they do it's going to be almost
24   impossible for my client to defend it because his witnesses,
25   the evidences, everything else was in Armenia. I'm wondering
26   if that would even be res judicata at this point.
27   THE COURT: Did you have a chance to read the Hogue
28   versus Hogue case that counsel stated?

```
 1              MS. AZCONA:  No, I haven't but I will.
 2              THE COURT:  I did not read it either so I will read
 3   it again.
 4              MS. AZCONA:  Again, now they have jurisdiction.
 5   He's been here for six months.  She's a resident.  She could
 6   file it.
 7              THE COURT:  Say they're only here for a week.  There
 8   is an action of domestic violence.  Wouldn't I have
 9   jurisdiction?
10              MS. AZCONA:  Well, yeah, because it would have taken
11   place in California.
12              MS. JACOBSON-KWOK:  Again, I think that Ms. Azcona
13   and I'm not accusing her of doing so deliberately is
14   misinterpreting the law and making representations to the
15   court based upon her misapplication of the law.  Again, if you
16   look at the briefs that she has filed they all rely upon law
17   that has to do with -- not a single one has to do with the
18   subject matter jurisdiction.  That's the key issue here.
19              I will also say, Your Honor, just to rebut what
20   Ms. Azcona said with the status of the Armenian case.  One of
21   the exhibits that was attached to my client's responsive
22   pleadings in this matter is a letter from the attorney in
23   Armenia that represented her in the Armenia case which makes
24   it clear that that case is no longer open.  It's closed.  It's
25   resolved.
26              THE COURT:  Let me ask you this:
27              She files a claim in Armenia claims domestic
28   violence and loses.  Stop.  Loses.  Jumps on a plane, flies to
```

```
1
2
3
4        STATE OF CALIFORNIA    )
                                )
5        COUNTY OF ALAMEDA      )
6
7              I, ANITA CRUZ BOYD, DO HEREBY CERTIFY:.
8              THAT I AM A CERTIFIED SHORTHAND REPORTER
9   OF THE STATE OF CALIFORNIA;
10             THAT ON THE 5TH DAY OF FEBRUARY, 2025, I
11  WAS DULY APPOINTED BY THE COURT AS A SHORTHAND
12  REPORTER IN THE FOREGOING ENTITLED COURT AND CAUSE
13  AND ON THAT DATE I FULLY, TRULY AND CORRECTLY REPORTED IN
14  SHORTHAND NOTES ALL THE PROCEEDINGS AND
15  TESTIMONY HAD AT THE HEARING OF THE DEFENDANTS, IN
16  THE SUPERIOR COURT BUILDING, HAYWARD, CALIFORNIA,
17  BEFORE THE HONORABLE THOMAS EAGLE WEATHERS, JUDGE,
18  THEREAFTER FULLY, TRULY AND CORRECTLY TRANSCRIBED
19  THE SAME INTO TYPEWRITING; AND THAT THE FOREGOING
20  PAGES 1 THROUGH 26, INCLUSIVE, CONTAIN AND ARE A
21  FULL, TRUE AND CORRECT STATEMENT AND TRANSCRIPT OF
22  MY SHORTHAND NOTES TAKEN AT THE AFORESAID PROCEEDINGS AT THE
23  TIME AND PLACE HEREIN STATED.
24             IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND
25  THIS 28th DAY OF FEBRUARY, 2025.
26
27                           _____
28                            ANITA CRUZ
                              CERTIFICATE NO. 6839
                                ANITA CRUZ
                                 CSR #6839
                         CERTIFIED SHORTHAND REPORTER
```