# EXHIBIT E

| **DV-110** | **Temporary Restraining Order** |
|---|---|

☑ **Original Order**    ☐ **Amended Order**

**Instruction:** The person asking for a restraining order must complete ①, ②, and ③ only. The court will complete the rest of this form.

**Clerk stamps date here when form is filed.**

FILED
Superior Court of California
County of Alameda
03/05/2025
Chad Finke, Executive Officer/Clerk of the Court
By: _____ Deputy
C. Gallo

① **Protected Person** *(name):* Rula Nabil Khoury Cavaco Dias

② **Restrained Person**

*Full Name:* Casimiro Jose Canha Cavaco Dias
*Gender:* ☑ M   ☐ F   ☐ Nonbinary   *Race:* O
*Age:* 45   *(estimate, if age unknown)*   Date of Birth: 02/01/1979
Height: 6'0   Weight: _____
Hair Color: BLK   Eye Color: BRO
Relationship to person in ①: Husband
Address of restrained person: Ruben Zadaryan Street 32
City: Yerevan, Armenia   State: ____   Zip: ____

Firearms, firearm parts, or ammunition that restrained person may have: *(Include information from form DV-100, item 9)*
_____
_____
_____

(**Information that has a star (\*) next to it is required** to add this order into a California police database. Give all the information you know.)

**Fill in court name and street address:**

Superior Court of California, County of
Alameda
Hayward Hall of Justice
24405 Amador Street
Hayward, CA. 94544

*Court fills in case number when form is filed.*

**Case Number:**
24FL092755

③ ☑ **Other Protected People**

In addition to the person named in ①, the people listed below are protected by the orders listed in ⑨ through ⑫.

| Full name | Relationship to person in ① | Age |
|---|---|---|
| Ines Madalena Khoury Cavaco Dias | Daughter | 9 |
| Nuria Lucia Khoury Cavaco Dias | Daughter | 8 |
| Casimiro Afonso Khoury Dias | Son | 6 |
| Jane Khoury | Sister | 44 |

☐ Check here if you need to list more people. List them on a separate piece of paper, write "DV-110, Other Protected People" at the top, and attach it to this form.

*(The court will complete the rest of this form)*

④ **Your Hearing Date (Court Date)**

This order expires at the end of the hearing listed below:
Hearing Date: 05/06/2025   Time: 01:30   ☐ a.m.   ☑ p.m.

**This order must be enforced throughout the United States. See page 7.**

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

**Temporary Restraining Order**
**(CLETS-TRO) (Domestic Violence Prevention)**

DV-110, Page 1 of 9 

| Case Number: |
|---|
| 24FL092755 |

**To the Person in ②:** The judge has granted temporary orders. See ⑤ through ㉑. If you do not obey these orders, you can be charged with a crime, go to jail or prison, and/or pay a fine. It is a felony to take or hide a child in violation of this order.

### ⑤ No Firearms (Guns), Firearm Parts, or Ammunition

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any prohibited item listed below in b.

b. **Prohibited items are:**

(1) Firearms (guns);

(2) Firearm parts, meaning receivers, frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531); and

(3) Ammunition.

c. Within 24 hours of receiving this order, you must sell to or store with a licensed gun dealer, or turn in to law enforcement, any prohibited items you have in your immediate possession or control.

d. If law enforcement asks you for your prohibited items, you must turn them over immediately.

e. Within 48 hours of receiving this order, you must file a receipt with the court that proves all prohibited items have been turned in, sold, or stored. (You may use form DV-800/JV-270, *Receipt for Firearms, Firearm Parts, and Ammunition*.) If law enforcement served you with the restraining order, you must give a copy of the receipt to that law enforcement agency.

### ⑥ ☐ Restrained person has prohibited items

The court finds that you have the following prohibited items:

a. Firearms and/or firearm parts

| Description *(include serial number, if known)* | Location, if known | Proof of compliance received by the court |
|---|---|---|
| (1) _____ | _____ | ☐ *(date):* _____ |
| (2) _____ | _____ | ☐ *(date):* _____ |
| (3) _____ | _____ | ☐ *(date):* _____ |
| (4) _____ | _____ | ☐ *(date):* _____ |

b. Ammunition

| Description | Amount, if known | Location, if known | Proof of compliance received by the court |
|---|---|---|---|
| (1) _____ | _____ | _____ | ☐ *(date):* _____ |
| (2) _____ | _____ | _____ | ☐ *(date):* _____ |

**This is a Court Order.**

Case Number: **24FL092755**

**⑦ ☐ Court Hearing to Review Firearms (Guns), Firearm Parts, and Ammunition Compliance**

In addition to the hearing listed on form DV-109, item ③, you must attend the court hearing listed below to prove that you have properly turned in, sold, or stored all prohibited items (described in ⑤b) you still have or own, including any items listed in ⑥. If you do not attend the court hearing listed below, a judge may find that you have violated the restraining order and notify law enforcement and a prosecuting attorney of the violation.

Date: _____  Dept.: _____

Time: _____  Room: _____

Name and address of court, if different than court address listed on page 1

_____

_____

_____

**⑧ No Body Armor**

You cannot own, possess, or buy body armor (defined in Penal Code section 16288). You must relinquish any body armor you have in your possession.

**⑨ Cannot Look for Protected People**

You must not take any action to look for any person protected by this order, including their addresses or locations.

☐ If checked, this order was **not granted** because the judge found good cause not to make the order.

**⑩ Order to Not Abuse**   ☐ Not requested   ☐ Denied until the hearing   ☑ Granted as follows:

**You must not do the following things to the person in ① and any person listed in ③:**

- Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, keep under surveillance, impersonate (on the internet, electronically, or otherwise), block movements, annoy by phone or other electronic means (including repeatedly contact), or disturb the peace.

- "Disturb the peace" means to destroy someone's mental or emotional calm. This can be done directly or indirectly, such as through someone else. This can also be done in any way, such as by phone, over text, or online. Disturbing the peace includes coercive control.

- "Coercive control" means a number of acts that unreasonably limit the free will and individual rights of any person protected by this restraining order. Examples include isolating them from friends, relatives, or other support; keeping them from food or basic needs; controlling or keeping track of them, including their movements, contacts, actions, money, or access to services; and making them do something by force, threat, or intimidation, including threats based on actual or suspected immigration status. Coercive control includes reproductive coercion meaning controlling someone's reproductive choices, such as using force, threat, or intimidation to pressure someone to be or not be pregnant, and to control or interfere with someone's contraception, birth control, pregnancy, or access to health information.

**This is a Court Order.**

| Case Number: |
|---|
| 24FL092755 |

**11** **No-Contact Order**   ☐ Not requested   ☐ Denied until the hearing   ☑ Granted as follows:

   a. You must **not contact**   ☑ the person in ①   ☑ the persons in ③
      directly or indirectly, by any means, including by telephone, mail, email, or other electronic means.

   b. ☐ Exception to 11a:
     (1) ☐ You may have brief and peaceful contact with the person in ① only to communicate about your
         children for court-ordered visits.
     (2) ☐ You may have contact with your children only during court-ordered contact or visits.
     (3) ☐ Other *(explain):* _____

   c. Peaceful written contact through a lawyer or process server or another person for service of legal papers related to a court case is allowed and does not violate this order.

**12** **Stay-Away Order**   ☐ Not requested   ☐ Denied until the hearing   ☑ Granted as follows:

   a. You must stay at least *(specify):* 100   yards away from *(check all that apply):*
     ☑ Person in ①.   ☐ School of person in ①.
     ☑ Home of person in ①.   ☑ Persons in ③.
     ☑ Job or workplace of person in ①.   ☑ Children's school or child care.
     ☑ Vehicle of person in ①.   ☑ Other *(explain):* Children's extracurricular activities

   b. ☐ Exception to 12a:
     The stay-away orders do not apply:
     (1) ☐ For you to exchange your children for court-ordered visits. You must do so briefly and peacefully.
     (2) ☐ For you to visit with your children for court-ordered contact or visits.
     (3) ☐ Other *(explain):* _____

**13** **Order to Move Out**   ☑ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

   You must take only personal clothing and belongings needed until the hearing and move out immediately from *(address):* _____

**14** **Other Orders**   ☑ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

_____
_____
_____
_____

**This is a Court Order.**

Case Number: **24FL092755**

**(15) Child Custody and Visitation**  ☐ Not requested  ☐ Denied until the hearing  ☑ Granted as follows:

Granted on the attached form DV-140, *Child Custody and Visitation Order*, and
☐ *(list other form):* _____ .

**(16) Protect Animals**  ☑ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:

a. ☐ You must stay at least _____ yards away from the animals listed below.

b. ☐ You must not take, sell, hide, molest, attack, strike, threaten, harm, get rid of, transfer, or borrow against the animals.

c. ☐ The person in ① is given the sole possession, care, and control of the animals listed below.

| Name *(or other way to ID animal)* | Type of animal | Breed *(if known)* | Color |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**(17) Control of Property**  ☑ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:

Until the hearing, **only** the person in ① can use, control, and possess the following property:

_____
_____
_____

**(18) Health and Other Insurance**  ☐ Not requested  ☐ Denied until the hearing  ☑ Granted as follows:

The person ☐ in ①  ☑ in ② is ordered **not** to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties—or their children, if any—for whom support may be ordered, or both.

**(19) Record Communications**  ☐ Not requested  ☐ Denied until the hearing  ☑ Granted as follows:

The person in ① may record communications made by the person in ② that violate this order.

**This is a Court Order.**

Case Number: **24FL092755**

**20** **Property Restraint**   ☐ Not requested   ☐ Denied until the hearing   ☑ Granted as follows:

The person ☐ in ① ☑ in ② must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, each person must notify the other of any new or big expenses and explain them to the court. (If the court granted ⑪, the person in ② must not contact the person in ①. To notify the person in ① of new or big expenses, have a server mail or personally give the information to the person in ① or contact their lawyer, if they have one.)

**21** **Pay Debts Owed for Property**   ☑ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

The person in ② must make these payments until this order ends:
Pay to: _____   For: _____   Amount: $ _____   Due date: _____
Pay to: _____   For: _____   Amount: $ _____   Due date: _____
Pay to: _____   For: _____   Amount: $ _____   Due date: _____

**22** **Orders That May Be Made at the Hearing Date (Court Date)**

If the person in ① checked any of these orders on form DV-100, a judge could grant them at your court date.

• Child Support          • Lawyer's Fees and Costs       • Batterer Intervention Program
• Spousal Support        • Pay Expenses Caused by Abuse  • Transfer of Wireless Phone Account

**23** **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this order for free. If you want the sheriff to serve your papers, complete form SER-001, *Request for Sheriff to Serve Court Papers*. Give form SER-001 and a copy of this order to the sheriff.

**24** ☑ **Attached Pages** (*All of the attached pages are part of this order.*)
  a. Number of pages attached to this nine-page form: **9**
  b. Attachments include forms *(check all that apply):*
     ☑ DV-140   ☑ DV-145   ☐ DV-820   ☑ Other: **DV-109**

**Judge's Signature**

Date: **09/25/2024**

*Judge or Judicial Officer*
**Thomas Weathers / Judge**

This is a Court Order.

| Case Number: |
|---|
| 24FL092755 |

**Certificate of Compliance With VAWA**

This temporary protective order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. section 2265 (1994) (VAWA), upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

**Warnings and Notices to the Restrained Person in ②**

## Your Address to Receive Court Orders

If the judge makes a restraining order at the hearing (court date), which has the same orders as in this Temporary Restraining Order, you will get a copy of that order by mail at your last known address, which is written in ② on page 1. If your address was not listed on this form or is incorrect, contact the court. If you did not attend your hearing and want to know if the judge granted a restraining order against you, contact the court.

## Child Custody, Visitation, and Support

- **Child custody and visitation:** If you do not attend your hearing (court date), the judge can make custody and visitation orders for your children without hearing from you.

- **Child support:** The judge can order child support based on the income of both parents. The judge can also have that support taken directly from a parent's paycheck. Child support can be a lot of money, and usually you have to pay until the child is age 18. File and serve **form FL-150**, *Income and Expense Declaration*, or **form FL-155**, *Financial Statement (Simplified)*, if you want the judge to have information about your finances. Otherwise, the court may make support orders without hearing from you.

- **Spousal support:** File and serve **form FL-150**, *Income and Expense Declaration,* so the judge will have information about your finances. Otherwise, the court may make support orders without hearing from you.

## Firearms (Guns), Firearm Parts, and Ammunition

Under California law, you cannot have any firearms (guns), certain firearm parts, or ammunition. (Family Code sections 6216 and 6389(a)). Ask the court for information on how to properly turn in, sell, or store these items in your city or county. You can also contact your local police department for instructions.

**This is a Court Order.**



| Case Number: |
|---|
| 24FL092755 |

## Instructions for Law Enforcement

This order is effective when made. It is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the order and then shall enforce it. Violations of this order are subject to criminal penalties.

## Duties of Officer Serving This Order

The officer who serves this order on the Restrained Person must do the following:

- Ask if the Restrained Person is in possession of any of the prohibited items listed in ⑥, or has custody or control of any that they have not already turned in.
- Order the Restrained Person to immediately surrender to you all prohibited items.
- Issue a receipt to the Restrained Person for all prohibited items that have been surrendered.
- Complete a proof of personal service and file it with the court. You may use form DV-200 for this purpose.

    Within one business day of service, submit the proof of service directly into the California Restraining and Protective Order System (CARPOS), including the serving officer's name and law enforcement agency.

## Arrest Required if Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Penal Code sections 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Penal Code section 13710(b).)

## Child Custody and Visitation

Child custody and visitation orders are listed on form DV-140 or another attached form. If the judge made these orders, look at ⑪ and ⑫ of this order to see if the judge granted an exception for brief and peaceful contact with the person in ① as needed to follow court-ordered visits. Contact by the person in ② that is **not** brief and peaceful is a violation of this order. **Forms DV-100 and DV-105 are not orders. Do not enforce them.**

**This is a Court Order.**

Rev. January 1, 2025

**Temporary Restraining Order**
**(CLETS-TRO) (Domestic Violence Prevention)**

DV-110, Page 8 of 9



| Case Number: |
|---|
| 24FL092755 |

## Conflicting Orders—Priorities for Enforcement

**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority** (see Penal Code section 136.2 and Family Code sections 6383(h)(2), 6405(b)):

1. **Emergency Protective Order (EPO):** If one of the orders is an *Emergency Protective Order* (form EPO-001), provisions (e.g., stay away order) that are more restrictive than in the other restraining/protective orders must be enforced. Provisions of another order that do not conflict with the EPO must be enforced.

2. **No-Contact Order:** If a restraining/protective order includes a no-contact order, the no-contact order must be enforced. Item ⑪ is an example of a no-contact order.

3. **Criminal Protective Order (CPO):** If none of the orders include an EPO or a no-contact order, the most recent CPO must be enforced. (Family Code sections 6383(h)(2) and 6405(b).) Additionally, a CPO issued in a criminal case involving charges of domestic violence, Penal Code sections 261, 261.5, or former 262, or charges requiring sex offender registration must be enforced over any civil court order. (Penal Code section 136.2(e)(2).) All provisions in the civil court order that do not conflict with the CPO must be enforced.

4. **Civil Restraining Orders:** If there is more than one civil restraining order (e.g., domestic violence, juvenile, elder abuse, civil harassment), then the order that was issued last must be enforced. Provisions that do not conflict with the most recent civil restraining order must be enforced.

*(The clerk will fill out this part.)*

**Instructions to Clerk:** You must give up to three free (certified, stamped, and endorsed) copies of this order to the protected party.

*Clerk's Certificate*
*[seal]*

### —Clerk's Certificate—

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____    Clerk, by _____, Deputy

**This is a Court Order.**

| DV-109 | **Notice of Court Hearing** |
|---|---|

*Clerk stamps date here when form is filed.*

FILED
Superior Court of California
County of Alameda
03/05/2025
Chad Finke, Executive Officer/Clerk of the Court
By: _____ Deputy
C. Gallo

**Instruction:** The person asking for a restraining order must complete items ① and ②. The court will complete the rest of this form.

① **Person Asking for Protection**
Name: Rula Nabil Khoury Cavaco Dias

② **Person to Be Restrained**
Name: Casimiro Jose Canha Cavaco Dias

*Fill in court name and street address:*
**Superior Court of California, County of**
Alameda
Hayward Hall of Justice
24405 Amador Street
Hayward, CA. 94544

*Court fills in case number when form is filed.*
**Case Number:**
24FL092755

③ **Notice of Hearing**

**A court hearing is scheduled on the request for restraining orders against the person in ②:**

Date: 05/06/2025   Time: 1:30PM
Dept.: 510        Room:

Name and address of court if different from above:
In Person

You may attend your court date remotely, such as by phone or videoconference. For more information, go to the court's website for the county listed above. To find the court's website, go to: www.courts.ca.gov/find-my-court.htm

At the hearing, the court must consider whether failure to make any of the orders requested by the person in ① might risk the safety of the person in ① or any children listed on form DV-105. If child or spousal support was requested, the court must consider whether failure to make support orders would risk the safety of the person in ① or any children listed on form DV-105.

**To the person in ②:**

- If you attend the hearing (in person, by phone, or by videoconference) and the judge grants a restraining order against you, the order will be effective immediately, and you could be arrested if you violate the order.

- If you do not attend the hearing, the judge may still grant the restraining order that could last up to five years. After you receive a copy of the order, you could be arrested if you violate the order.

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2025, Mandatory Form
Family Code, §§ 242, 6320.5
Approved by DOJ

**Notice of Court Hearing**
**(Domestic Violence Prevention)**

DV-109, Page 1 of 3


| Case Number: |
|---|
| 24FL092755 |

**④ Temporary Restraining Orders** (Any orders granted are attached on form DV-110.)

a. Temporary Restraining Orders *(any order requested under Family Code section 6320): (check one)*
  (1) ☑ All **granted** until the court hearing.
  (2) ☐ All **denied** until the court hearing. *(Reasons for denial are given below in b.)*
  (3) ☐ Partly **granted** and partly **denied** until the court hearing. *(Reasons for denial are given in b.)*

b. ☐ Reasons for denial of some or all of the orders requested on form DV-100.
  (1) ☐ The facts given in the request (form DV-100) do not show reasonable proof of a past act or acts of abuse. (Family Code sections 6300, 6320, and 6320.5.)
  (2) ☐ The facts given in the request do not give enough detail about the most recent incidents of abuse, including what happened, the dates, who did what to whom, or any injuries or history of abuse.
  (3) ☐ Other reasons for denial: _____

**⑤ Confidential Information Regarding Minor**

a. ☐ A request to keep minor's information confidential was made (see form DV-160) and **granted.** *(See form DV-165, Order on Request to Keep Minor's Information Confidential, served with this form.)*

b. **If the request was granted, the information described on the order (form DV-165, item ⑦) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as a sanction, with a fine of up to $1,000 or other court penalties.**

**⑥ Service of Documents by the Person in ①**

**At least** ☑ **five** ☐ _____ **days before the hearing**, someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court file-stamped copy of this form (DV-109, *Notice of Court Hearing*) to the person in ② along with a copy of all the forms indicated below:

a. DV-100, *Request for Domestic Violence Restraining Order* (file-stamped)
b. ☑ DV-110, *Temporary Restraining Order* (file-stamped), **if granted**
c. DV-120, *Response to Request for Domestic Violence Restraining Order* (blank form)
d. DV-120-INFO, *How Can I Respond to a Request for Domestic Violence Restraining Order?*
e. ☐ DV-170, *Notice of Order Protecting Information of Minor,* and DV-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped), **if granted**
f. ☐ Other *(specify):* _____

**Judge's Signature**

Date: 09/25/2024

Judicial Officer: Thomas Weathers / Judge

|Case Number:|
|---|
|24FL092755|

### To the Person in ❶:

- **At the hearing**: The judge will decide if a restraining order is needed to keep you or your children safe. If the judge grants you a restraining order at the hearing, it can last up to five years. You must attend the hearing if you want the judge to make any of the orders you requested on form DV-100. Bring any evidence or witnesses you have. For more information, read form DV-520-INFO, *Get Ready for Your Restraining Order Court Hearing*.

- **Option to cancel hearing**: If item ④a(2) or ④a(3) is checked, you have the option of canceling the hearing. If you cancel the hearing, your request for restraining order will not move forward. Any temporary orders made will expire on the day of the hearing. If you want to cancel the hearing, use form DV-112, *Waiver of Hearing on Denied Request for Temporary Restraining Order*.

- **Before the hearing:** You must have someone personally serve (give) the person in ❷ a copy of all the papers listed in ⑥ by the deadline listed in ⑥. For more information, read form DV-200-INFO, *What Is "Proof of Personal Service"?* You may ask to reschedule the hearing if you are unable to serve the person in ❷ and need more time to serve the documents, or for other good reasons. Read form DV-115-INFO, *How to Ask for a New Hearing Date*.

### To the Person in ❷:

- **Respond in writing** (optional): You can respond in writing by completing form DV-120, *Response to Request for Domestic Violence Restraining Order*. For more information, read form DV-120-INFO, *How Can I Respond to a Request for Domestic Violence Restraining Order?*

- **At the hearing**: Whether or not you respond in writing, attend the hearing if you want the judge to hear from you before making an order. At the hearing, tell the judge why you agree or disagree with the orders requested. Bring any evidence or witnesses you have. Read form DV-520-INFO, *Get Ready for Your Restraining Order Court Hearing*.

- If you are unable to attend your court hearing or need more time to prepare your case, you may ask the judge to reschedule your court date. Read form DV-115-INFO, *How to Ask for a New Hearing Date*.



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to www.courts.ca.gov/forms for *Disability Accommodation Request* (form MC-410). (Civil Code section 54.8.)

*(Clerk will fill out this part.)*

*Clerk's Certificate*
*[seal]*

—Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

Date: _____   Clerk, by _____, Deputy

| DV-140 | Child Custody and Visitation Order | Case Number: 24FL092755 |
|---|---|---|

This form is attached to *(check one):* ☑ DV-110   ☐ DV-130

**1  Name of Protected Person:** Rula Nabil Khoury Cavaco Dias
Relationship to children: ☑ Parent   ☐ Legal Guardian   ☐ Other *(describe):* _____

**2  Name of Restrained Person:** Casimiro Jose Canha Cavaco Dias
Relationship to children: ☑ Parent   ☐ Legal Guardian   ☐ Other *(describe):* _____

**3  ☑ Children Under 18 Years Old**

| | Name | Date of birth |
|---|---|---|
| a. | Ines Khoury Cavaco Dias | 10/11/2014 |
| b. | Nuria Khoury Cavaco Dias | 04/05/2016 |
| c. | Casimiro Khoury Cavaco Dias | 10/30/2017 |
| d. | | |

☐ (Check here if you have more children to list. On a separate piece of paper write "DV-140, Children" at the top and attach it to this form.)

**4  ☑ No Travel With Children Without Permission**

☐ Person in ①   ☑ Person in ②   ☐ Other *(name):* _____

**must** have written permission from the other parent, or a court order, to take the children outside of:

a. ☑ County of *(list):* Alameda
b. ☑ State of California
c. ☑ United States
d. ☐ Other place(s) *(list):* _____

**5  ☑ Stop Access to Children's School, Health, and Other Information**

a. The person in ② must not access or have access to the records or information for:
  ☑ All the children listed in ③.
  ☐ Only the children listed here *(names):* _____

b. From the following *(check all that apply):*
  ☑ Medical, dental, and mental health providers
  ☑ School and daycare providers
  ☑ Extracurricular activity providers, including summer camps and sports teams
  ☐ Child's employers (including volunteer and unpaid positions)
  ☐ Other *(describe):* _____

⚠ **If you are a provider listed above, you must not release information or records regarding the children listed in ⑤a to the person in ②.**

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2024, Mandatory Form
Family Code, §§ 3011, 3020, 3022, 3040, 3043, 3100, 6340, 7604

**Child Custody and Visitation Order**
*(Domestic Violence Prevention)*

DV-140, Page 1 of 4 →

Case Number: **24FL092755**

**6** ☑ **Judge's Decision on Request for Orders to Prevent Child Abduction** *(attach form DV-145)*

**7** ☑ **Child Custody**
   a. Legal Custody *(The person that makes decisions about the child's health, education, and welfare.)*
      ☑ Sole to Person in ① ☐ Jointly (shared) by persons in ① and ②.
      ☐ Sole to Person in ② ☐ Other *(describe):* _____
   b. Physical Custody *(The person that the child regularly lives with.)*
      ☑ Sole to Person in ① ☐ Jointly (shared) by persons in ① and ②.
      ☐ Sole to Person in ② ☐ Other *(describe):* _____
   c. If the judge granted sole or joint custody to the person in ②, the judge must explain why.
      *(For judge to complete. Check all that apply):*
      ☐ Judge's reasons given at the hearing *(See minute order or ask for the transcript.)*
      ☐ Judge's reasons listed here: _____
      _____
      _____

**8** ☑ **Person in ② must have no visitation with children until further order of the court.**
   (If this form is attached to form DV-110, *Temporary Restraining Order*, this means that the judge has stopped your right to visit with your children temporarily. If you do not agree with this order, attend your court hearing.)

**9** ☐ **Supervised (Monitored) Visitation with Children**
   a. Person to be supervised: ☐ Person in ①   ☐ Person in ②   by:
      ☐ Nonprofessional *(name and relationship to child, if known):* _____
      ☐ Professional *(name, if known):* _____
      (1) Fees paid by: Person in ① ____% Person in ② ____% Other: _____ %
      (2) Person in ① contact provider by *(date):* _____
          Person in ② contact provider by *(date):* _____
   b. Provider's contact information, if known
      Address: _____        Telephone: _____
   c. Schedule of supervised visits
      (1) ☐ Once a week, for *(number of hours):* _____
      (2) ☐ Twice a week, for *(number of hours):* _____ each visit.
      (3) ☐ Follow the Visitation Schedule listed in ⑫.
      (4) ☐ Other schedule *(describe):* _____

**This is a Court Order.**

Case Number: 24FL092755

**⑩ ☐ Supervised (Monitored) Child Exchanges** *(Use item ⑪ to describe visitation schedule.)*

   a. Person to be supervised: ☐ Person in ①    ☐ Person in ② by:

      ☐ Nonprofessional *(name and relationship to child):* _____
      Safe location for exchanges: _____
      (For more information on safe locations, go to *https://selfhelp.courts.ca.gov/guide-supervised-visitation*.)

      ☐ Professional *(list name, if known):* _____
      (1) Fees paid by: Person in ① ____ %    Person in ② ____ %    Other: _____ ____ %
      (2) Person in ① contact provider by *(date):* _____
            Person in ② contact provider by *(date):* _____
      (3) Location of exchanges to be decided by provider.

   b. Provider's contact information, if known:
      Address: _____    Telephone: _____

**⑪ ☐ Visits With No Supervision (Unmonitored)**

   a. If the judge granted unsupervised visits to the person in ②, the judge must explain why.

     *(For judge to complete. Check all that apply):*
     ☐ Judge's reasons given at the hearing *(See minute order or ask for the transcript.)*
     ☐ Judge's reasons listed here: _____
     _____
     _____
     _____

   b. ☐ Person in ①    ☐ Person in ② will visit with the children as follows:

     (1) ☐ Visitation schedule described below:
     _____
     _____
     _____
     _____
     _____
     _____
     _____
     _____

     (2) ☐ Follow the Visitation Schedule listed in ⑫.

**This is a Court Order.**

Case Number: 24FL092755

**12** ☐ **Visitation Schedule for Person in** ②

| | Time | Person to bring children to and from visit | Location of drop-off/pick-up |
|---|---|---|---|
| Monday | Start: <br> End, if applies: | | |
| Tuesday | Start: <br> End, if applies: | | |
| Wednesday | Start: <br> End, if applies: | | |
| Thursday | Start: <br> End, if applies: | | |
| Friday | Start: <br> End, if applies: | | |
| Saturday | Start: <br> End, if applies: | | |
| Sunday | Start: <br> End, if applies: | | |

**Follow the schedule listed above** *(check one):*
☐ Every week    ☐ Every other week    ☐ Other _____

**Start date for visits** *(month, day, year)* _____

**13** ☐ **Other Orders**
*(Describe additional orders or refer to an attachment (e.g., FL-341(C), Children's Holiday Schedule Attachment)):*
_____
_____

**14** **Country of Habitual Residence**
The country of habitual residence of the child or children in this case is ☑ The United States
or ☐ Other *(specify):* _____.

**15** **Jurisdiction and Notice**
This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code starting with section 3400). The responding party was given notice consistent with the laws of the State of California.

**16** **Penalties for Violating This Order**
If you violate this order, you may be subject to civil or criminal penalties, or both.

**This is a Court Order.**

Rev. January 1, 2024    **Child Custody and Visitation Order**    **DV-140,** Page 4 of 4
*(Domestic Violence Prevention)*

| DV-145 | Order to Prevent Child Abduction | Case Number: 24FL092755 |
|---|---|---|

This form is attached to DV-140, *Child Custody and Visitation Order.*

**① Name of Protected Person:** Rula Nabil Khoury Cavaco Dias
Relationship to children:  ☑ Parent   ☐ Legal Guardian   ☐ Other *(describe):* _____

**② Name of Restrained Person:** Casimiro Jose Canha Cavaco Dias
Relationship to children:  ☑ Parent   ☐ Legal Guardian   ☐ Other *(describe):* _____

**③ Court's Decision**

Based on the information given, the judge finds that:

a. ☐ **There is not a risk** that the person in ② might take the children without proper permission. The judge has not granted any of the orders in ④–⑫.

b. ☑ **There is a risk** that the person in ② might take the children without permission because person in ②:

*(Check all that apply):*

(1) ☐ Has violated or threatened to violate a custody or visitation order.
(2) ☑ Does not have strong ties to California.
(3) ☐ Has done things recently that make it easy to take the children *(check all that apply):*
   ☐ Quit a job              ☐ Sold a home or ended a lease
   ☐ Closed a bank account   ☐ Hidden or destroyed documents
   ☐ Sold or gotten rid of property   ☐ Applied for a passport, birth certificate, or school or medical records
(4) ☑ Has a history of *(check all that apply):*
   ☑ Abusing person in ①      ☐ Taking the children without permission
   ☐ Abusing other partners   ☐ Not cooperating with person ① in parenting
   ☐ Child abuse
(5) ☐ Has a criminal record
(6) ☑ Has strong ties in:
   ☐ Another county in California *(list county):* _____
   ☐ Another state *(list states):* _____
   ☑ Another country *(list country):* Portugal/Armania
(7) ☑ Is a citizen of another country *(list country):* Portugal
(8) ☐ Other reasons: _____

**The Orders are Granted as Follows:**

**④** ☑ **Do Not Move Without Written Permission of the Other Parent or Court Order**

The person in ② must ***not*** move with the children outside
☑ This county   ☑ California   ☑ The United States   Other *(specify):* _____
without written permission from the other parent or a court order.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Mandatory Form
Family Code, § 3048, 22 USC § 9001 et seq.

**Order to Prevent Child Abduction**
*(Domestic Violence Prevention)*

DV-145, Page 1 of 2 

| Case Number: |
|---|
| 24FL092755 |

**5** ☑ **Turn In and Do Not Apply for Passports or Other Important Documents**

Person in ② must not apply for passports or other documents that can be used for travel, like visas and birth certificates, and must turn in the following documents: N/A

by *(date)*: _____    to *(name)*: _____

**6** ☐ **Provide Travel Plan and Documents**

Person in ② must give the person in ① the following before traveling with the children *(check all that apply)*:
☐ Children's travel schedule
☐ Copies of round-trip airline tickets
☐ Addresses and telephone numbers where children can be reached
☐ An open airline ticket for the person in ① in case the children are not returned
☐ Other *(describe)*: _____

**7** ☐ **Notify Other State of Travel Restrictions**

Person in ② must register this order with *(list county and state)*: _____
before the children can travel to that state for visits.

**8** ☑ **Notify Foreign Embassy or Consulate of Passport Restrictions**

Person in ② must notify *(name of embassy or consulate)*: U.S. embassy in Armania
of this order and provide the court with proof of the notice by *(date)*: 05/06/2025

**9** ☐ **Foreign Custody and Visitation Order**

Person in ② must get a custody and visitation order equal to the most recent U.S. order before the children can travel to *(list country)*: _____ for visits.
The court recognizes that foreign orders may be changed or enforced depending on the laws of that country.

**10** ☐ **Post a Bond**

The person in ② must post a bond for $_____ .

**11** ☑ **Enforcing Order**

The court authorizes any law enforcement officer to enforce this order. In this county, contact the Child Abduction Unit of the Office of the District Attorney at: 510-267-8800

**12** ☐ **Other** *(list other orders or jurisdictional factors)*: _____

**Notice to Authorities in Other States and Countries:** This court has jurisdiction to make child custody orders under California's Uniform Child Custody Jurisdiction and Enforcement Act (California Family Code, part 3, section 3400 et seq.) and The Hague Convention on the Civil Aspects of International Child Abduction (22 U.S.C. section 9001 et seq.). If jurisdiction is based on other factors, they will be listed above in ⑫.

**This is a Court Order.**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Hayward Hall of Justice<br>24405 Amador Street, Hayward, CA 94544 | FILED<br>Superior Court of California<br>County of Alameda<br>03/05/2025<br>Chad Finke, Executive Officer/Clerk of the Court<br>By: _____ Deputy<br>C. Gallo |
| PLAINTIFF/PETITIONER:<br>Rula Nabil Khoury Cavaco Dias | |
| DEFENDANT/RESPONDENT:<br>Casimiro Jose Canha Cavaco Dias | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER:<br>24FL092755 |

I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the **Temporary Restraining Order (Domestic Violence Prevention) (DV-110)** entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.

Leslie R Azcona
Leslie Robin Azcona, Attorney at Law
lr_azcona@yahoo.com

Michelle Marie Jacobson-Kwok
List Jacobson-Kwok Thorndal, LLP
michelle@ljtlawgroup.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 03/05/2025         By:
                                                 C. Gallo, Deputy Clerk

**CERTIFICATE OF ELECTRONIC SERVICE
CODE OF CIVIL PROCEDURE 1010.6**