# EXHIBIT F

| | |
|---|---|
| **From:** | R Azcona |
| **To:** | Richard Min; Camilla Redmond; Flores, Rommy |
| **Cc:** | Michelle Jacobson-Kwok; Brittani Lash; Davis, Thad A.; Hesse, Danielle |
| **Subject:** | Re: Dias v. Dias - DVRO Granted and Jurisdiction Found - Response Requested |
| **Date:** | Thursday, March 6, 2025 2:50:03 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

**Leslie Robin Azcona**
**Attorney at Law**
**SB#164279**
**3478 Buskirk Avenue #261**
**Pleasant Hill, CA 94523**
**(925) 596 - 0107 (925) 969-9688 FAX**
**lr_azcona@yahoo.com**

Dear Rommy Flores:

I made a special appearance for Mr. Dias. I am not his attorney. He has not made a general appearance - so I can not, "withdraw."

I am not authorized to do anything more on Mr. Dias' behalf. I am confirming that you have his contact information.

Yours truly,


Leslie Robin Azcona
Attorney at Law
(925) 596 - 0107
lr_azcona@yahoo.com



CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, is for the exclusive use of the person or entity to which it is addressed and may contain information that is confidential or legally privileged. If you are not the intended recipient, you are hereby notified that you must not review this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited and governed by applicable law. If you have received this transmission in error, please immediately contact the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.


On Thursday, March 6, 2025 at 10:53:51 AM PST, Flores, Rommy <rflores@gibsondunn.com> wrote:


Richard, et al. –

Although your client, in seeking to have his petition dismissed with prejudice, agreed to jurisdiction by California courts over all custody and related proceedings, he nevertheless argued in front of the state court that he was not subject to jurisdiction by California state courts in direct violation of the conditions attached to Judge Chen's order dismissing his petition with prejudice.  That bad faith argument has failed.  On March 4, 2025, Judge Thomas Weathers of the Alameda County Superior Court granted Ms. Cavaco Dias' temporary restraining order against your client, Casimiro Jose Canha Cavaco Dias and denied his motion to dismiss based on lack of jurisdiction, ruling that California clearly has jurisdiction over your client.  Please see all relevant documents attached.

Judge Chen's November 13 Order granting your request for dismissal with prejudice imposed certain conditions upon your client, including that "Petitioner shall accept service and cooperate as to the service of custody, visitation, and domestic violence pleadings."  Attached please find the temporary restraining order and Judge Weathers' Order regarding jurisdiction.  Per Judge Chen's order, your client is required to accept service of the Order through you.

<u>Please let us know if you and your client nonetheless will defy the order and contest service through you on your client's behalf by tomorrow at 5 PM ET given the gravity of the subject matter.</u>

<u>We note that neither Mr. Min nor Ms. Azcona have filed notices of withdrawal as counsel for Mr. Dias.</u>

We look forward to hearing from you. Ms. Dias reserves all rights regarding Mr. Dias' continued litigation misconduct and anyone facilitating it.

Best,

Rommy

**Rommy Flores**
Of Counsel

T: +1 213.229.7966 | M: +1 213.335.1672
RFlores@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.