United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASIMIRO JOSE CANHA CAVACO DIAS, | Case No. 24-cv-04471-EMC |
| Petitioner, | |
| v. | **ORDER RE RESPONDENT'S LETTER OF MAY 30, 2025** |
| RULA NABIL KHOURY CAVACO DIAS, | Docket No. 196 |
| Respondent. | |

Respondent (mother) has filed a letter with the Court, attaching a copy of a state court order providing that the three minors' birth certificates may be released to her. Accordingly, the Court hereby orders that the birth certificates may now be turned over to Respondent. *Cf.* Docket No. 193 (Order at 2) ("With respect to Respondent's request that she is now entitled to possession of the children's identification documents currently in the Court's possession, that is a merits issue to be raised with the California state court. If she obtains a state court order, she may then inform this Court.")

**IT IS SO ORDERED**.

Dated: June 3, 2025

_____
EDWARD M. CHEN
United States District Judge